

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2022

No. 04-21-00327-CV

**NETFLIX, INC.**; Netflix Worldwide Entertainment, LLC; Kyoko Miyake; Sarit G. Work; Samantha Knowles; Kate Gill; Jigsaw Productions, LLC; Muddy Waters Productions LLC; Alex Gibney; Philip Ross; Jo Ann Rivera; Laura A. Martinez; Brittany A. Martinez; Michelle C. Martinez; and Jose H. Martinez,,
Appellants

v.

Tonya **BARINA**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI04501
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

On August 31, 2022, this court issued its opinion and judgment in this appeal. A motion for rehearing was due on September 15, 2021. *See* TEX. R. APP. P. 49.1

Before the due date, Appellants filed an unopposed motion for a fifteen-day extension of time to file a motion for rehearing.

Appellants' motion is **granted**; the motion for rehearing is due on September 30, 2022.

Entered this 20th day of September 2022.

**PER CURIAM**

Attested to: _____
MICHAEL A. CRUZ,
Clerk of Court